

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00480-CR

Derek **ALEXANDER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2627
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 22, 2021.

_____
Irene Rios, Justice